UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWN CHOPIN | CIVIL ACTION |
| VERSUS | NO. 04-1370 |
| BURL CAIN, WARDEN, ET AL | SECTION "N" (6) |

## **O R D E R**

    The Court, after considering the complaint, the record, the applicable law (including *Coleman v. Johnson,* 184 F.3d 398 (5th Cir. 1999); *Richardson v. Dretke,* 85 Fed.Appx. 394 (5th Cir. 1/15/04) and *Kessler v. Cockrell,* 73 Fed.Appx. 690 (5th Cir. 8/20/03), the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on January 31, 2005 hereby approves the Report and Recommendation of the United States Magistrate Judge and Adopts it as its opinion herein. Therefore,

    **IT IS ORDERED** that Shawn Chopin's petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 be **DENIED WITH PREJUDICE** as time-barred.

    New Orleans, Louisiana, this __11th__ day of September, 2006.

                                                    **KURT D. ENGELHARDT**
                                                  **United States District Judge**